UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NIRUNDON PHUCHARROENYOS,

Petitioner,

v.

BRIAN ENGLISH, et al.,

Respondents.

CAUSE NO. 3:25-CV-1038-CCB-SJF

## ORDER

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on April 21, 2026, under the same conditions of supervised release. ECF 19. The court entered the order granting habeas relief on April 21, 2026. ECF 17.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 17) and to close this case.

SO ORDERED on April 24, 2026

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT